IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY ROGERS LANE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:13-CV-490-WKW |
| | ) |
| KIM T. THOMAS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On June 29, 2015, the Magistrate Judge filed a Recommendation in this case to which Petitioner has filed objections. (Docs. # 24, 25.) Upon a review of the Recommendation and Petitioner's Objections, it is ORDERED that the Recommendation (Doc. # 24) is ADOPTED, the Objections (Doc. # 25) are OVERRULED, Petitioner's § 2254 petition is DENIED, and this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 27th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE